MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN P. SASSEVILLE,<br><br>                                Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; NATIONSTAR MORTGAGE, LLC; CAPITAL ONE BANK USA, N.A.; and OCWEN LOAN SERVICING, LLC<br><br>                                Defendants. | Case No.:  2:15-cv-01570-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR NATIONSTAR TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Nationstar Mortgage, LLC thirty-five additional days from the date of entry of this order to file a responsive pleading to Plaintiff Allan Sasseville's (**Plaintiff**) complaint, filed on August 15, 2015.  ECF No. 1. Pursuant to Stipulation of the parties, Nationstar shall have until October 7, 2015 to file a responsive pleading.  This stipulation is in order to allow the parties to pursue settlement discussions.

This is the parties' first request for an extension.

. . .

. . .

{36087484;1}

DATED this 1st day of September, 2015.

| **KAZEROUNI LAW GROUP, APC** | **AKERMAN LLP** |
|---|---|
| /S/ *Danny Horen* <br> DANNY J. HOREN, ESQ. <br> Nevada Bar No 13153 <br> 7854 W. Sahara Avenue <br> Las Vegas, NV 89117 <br><br> DAVID H. KRIEGER, ESQ. <br> HAINES & KRIEGER, LLC <br> Nevada Bar No, 9086 <br> 8985 S. Eastern Avenue, Suite 130 <br> Las Vegas, NV  89123 <br><br> *Attorneys for Plaintiff* | /s/ *Matthew Knepper* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> MATTHEW I. KNEPPER <br> Nevada Bar No. 12796 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Defendant Nationstar Mortgage, LLC.* |

**IT IS SO ORDERED:**

_____
**UNITED STATES ~~DISTRICT COURT~~ JUDGE**
                                    Magistrate

**DATED:** ___September 2, 2015_____

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{36087484;1}                              2