1

**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, NV  89146
Tel:  702.410.7500
Fax: 702.410.7520

2

3

4

5

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Named As Capital One Bank USA NA

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12

ALAN P. SASSEVILLE,

CASE NO.:  2:15-CV-01570-JCM-VCF

13

                    Plaintiff,

*Assigned To The Hon. Judge James C.
Mahan; Referred To The Hon.
Magistrate Judge Cam Ferenbach*

14

v.

15

16

EQUIFAX INFORMATION
SERVICES, LLC, NATIONSTAR
MORTGAGE, CAPITAL ONE
BANK USA NA, AND OCWEN
LOAN SERVICING, LLC,

**STIPULATION AND ORDER TO
EXTEND TIME TO RESPOND TO
COMPLAINT**

17

**(FIRST REQUEST)**

18

                    Defendants.

19

Complaint Filed:        08/15/2015

20

21

22

23

24

25

26

27

28

Plaintiff Alan P. Sasseville ("Plaintiff"), by and through his counsel of record, and Defendant Capital One Bank (USA), N.A., named as "Capital One Bank USA NA" ("Capital One"), by and through its counsel of record, hereby submit this stipulation to extend Capital One's time to file a responsive pleading to Plaintiff's Complaint by fifteen (15) days, as follows:

**WHEREAS:**

1.      Plaintiff filed the Complaint in this matter on August 15, 2015;

2.      Capital One's deadline to file its responsive pleading to the Complaint is September 15, 2015;

3.      The Parties agree that a brief extension of time for Capital One to file its responsive pleading to the Complaint would benefit both Parties because it will allow them to gather additional facts and information while continuing to devote their resources to exploring the potential for early resolution of this matter before incurring further fees and costs;

4.      Capital One and Plaintiff have agreed to extend Capital One's current September 15, 2015 deadline to respond to Plaintiff's Complaint by fifteen (15) days to Wednesday, September 30, 2015;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One will file its responsive pleading to Plaintiff's Complaint on or before September 30, 2015.

**IT IS SO STIPULATED.**

DATED:  September 15, 2015          **HAINES & KRIEGER, LLC**


By:  _/s/ David H. Krieger_____
DAVID H. KRIEGER
Nevada Bar No. 9086
Attorneys for Plaintiff
ALAN P. SASSEVILLE


DATED:  September 15, 2015          **FERNALD LAW GROUP LLP**


By:  _/s/ Brandon C. Fernald_____
BRANDON C. FERNALD
Nevada Bar No.10582
Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

<u>ORDER</u>

The Court has reviewed the Stipulation filed by Plaintiff Alan P. Sasseville and Defendant Capital One Bank (USA), N.A., named as "Capital One Bank USA NA" ("Capital One"), to extend Capital One's time to file a responsive pleading by 15 days.  The Stipulation is incorporated herein by reference.  Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended.  Capital One shall file its responsive pleading to the Complaint on or before September 30, 2015.

**IT IS SO ORDERED.**


DATED:  September 28, 2015          _____
          Cam Ferenbach                    ~~The Honorable Judge James C. Mahan~~
                                            United States ~~District Court~~ Judge
                                                      Magistrate

2