**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, NV  89146
Tel:  702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Named As Capital One Bank USA NA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN P. SASSEVILLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, NATIONSTAR MORTGAGE, CAPITAL ONE BANK USA NA, AND OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendants. | CASE NO.:  2:15-CV-01570-JCM-VCF<br><br>*Assigned To The Hon. Judge James C. Mahan; Referred To The Hon. Magistrate Judge Cam Ferenbach*<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)**<br><br>Complaint Filed:　　　08/15/2015 |

1   Plaintiff Alan P. Sasseville ("Plaintiff"), by and through his counsel of record,

2   and Defendant Capital One Bank (USA), N.A., named as "Capital One Bank USA

3   NA" ("Capital One"), by and through its counsel of record, hereby submit this

4   stipulation to extend Capital One's time to file a responsive pleading to Plaintiff's

5   Complaint by fourteen (14) days, as follows:

6   **WHEREAS:**

7   1.   Plaintiff filed the Complaint in this matter on August 15, 2015;

8   2.   The parties stipulated, and the Court extended Capital One's deadline to

9   respond to the Complaint by fifteen (15) days, up to and including September 29,

10  2015;

11  3.   The Parties agree that a further brief extension of time for Capital One to

12  file its responsive pleading to the Complaint would benefit both Parties because it will

13  allow them to gather additional facts and information while continuing to devote their

14  resources to exploring the potential for early resolution of this matter before incurring

15  further fees and costs;

16  4.   Capital One and Plaintiff have agreed to extend Capital One's current

17  deadline to respond to Plaintiff's Complaint by fourteen (14) days to Tuesday,

18  October 13, 2015;

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

1  **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

2      Capital One will file its responsive pleading to Plaintiff's Complaint on or

3  before Tuesday, October 13, 2015.

4  **IT IS SO STIPULATED.**

5  DATED:  September 28, 2015                 **HAINES & KRIEGER, LLC**

6

7                                              By: */s/ David H. Krieger*_____
                                                   DAVID H. KRIEGER
                                                   Nevada Bar No. 9086
8                                                  Attorneys for Plaintiff
                                                   ALAN P. SASSEVILLE
9

10 DATED:  September 28, 2015                 **FERNALD LAW GROUP LLP**

11

12                                             By: */s/ Brandon C. Fernald*_____
                                                   BRANDON C. FERNALD_
13                                                 Nevada Bar No.10582
                                                   Attorneys for Defendant,
14                                                 CAPITAL ONE BANK (USA), N.A.

15

16                                 **ORDER**

17      The Court has reviewed the Stipulation filed by Plaintiff Alan P. Sasseville and

18 Defendant Capital One Bank (USA), N.A., named as "Capital One Bank USA NA"

19 ("Capital One"), to extend Capital One's time to file a responsive pleading by

20 fourteen (14) days.  The Stipulation is incorporated herein by reference.  Good cause

21 appearing thereon, the Court hereby orders as follows:

22      Capital One's time to file a responsive pleading to the Complaint is hereby

23 extended.  Capital One shall file its responsive pleading to the Complaint on or before

24 Tuesday, October 13, 2015.

25 **IT IS SO ORDERED.**

26 DATED:  _____September 29, 2015_____     _____

27                                          The Honorable Judge ~~James C. Mahan~~
                                            United States ~~District Court~~ Judge
28                                                        Magistrate
                                            Cam Ferenbach

                          2
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT