David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Alan P. Sasseville, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, NATIONSTAR MORTGAGE, CAPITAL ONE BANK USA NA, AND OCWEN LOAN SERVICING, LLC, <br><br> Defendants. | Case No. 2:15-cv-01570-JCM-VCF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>CAPITAL ONE ONLY</u>** |

Plaintiff Alan P. Sasseville and CAPITAL ONE BANK USA, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, CAPITAL ONE BANK USA NA**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: November 9, 2015

| | |
|---|---|
| By: /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By: /s/ Brandon C. Fernald, Esq.<br>Brandon C. Fernald, Esq.<br>Fernald Law Group, LLP<br>6236 Laredo Street<br>Las Vegas, NV 89102<br>brandon.fernald@fernaldlawgroup.com<br>*Attorney for Defendant Capital One* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: November 16, 2015