David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Alan P. Sasseville,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, NATIONSTAR MORTGAGE, CAPITAL ONE BANK USA NA, AND OCWEN LOAN SERVICING, LLC,<br><br>        Defendants. | Case No. 2:15-cv-01570-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO NATIONSTAR MORTGAGE, LLC ONLY** |

Plaintiff Alan P. Sasseville and Nationstar hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Nationstar Mortgage, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:            December 15, 2015

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Matthew Knepper, Esq. |
| David H. Krieger, Esq. | Matthew Knepper, Esq. |
| Nevada Bar No. 9086 | Akerman, LLP |
| HAINES & KRIEGER, LLC | *Attorney for Defendant Nationstar* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 23, 2015