David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
Attorneys for Plaintiff Alan P. Sasseville

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Alan P. Sasseville,<br><br>                    Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, NATIONSTAR MORTGAGE, CAPITAL ONE BANK USA NA, AND OCWEN LOAN SERVICING, LLC,<br><br>                    Defendants. | Case No. 2:15-cv-01570-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO OCWEN LOAN SERVICING, LLC ONLY** |

Plaintiff Alan P. Sasseville and OCWEN LOAN SERVICING, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

Page **1** of **2**

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, OCWEN LOAN SERVICING, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:          May 19, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/Paterno C. Jurani, Esq.<br>Wright Finlay & Zak, LLP<br>*Attorney for Defendant* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: May 23, 2016